# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF ROBERT M.
MUMMA, DECEASED

PETITION OF: BARBARA M. MUMMA

: No. 885 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court


IN RE: ESTATE OF ROBERT M.
MUMMA, DECEASED

PETITION OF: ROBERT M. MUMMA, II

: No. 886 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court


IN RE: ESTATE OF ROBERT M.
MUMMA, DECEASED

PETITION OF: ROBERT M. MUMMA, II

: No. 887 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court


IN RE: ESTATE OF ROBERT M.
MUMMA, DECEASED

PETITION OF: ROBERT M. MUMMA II

: No. 888 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court


## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.